THE PEOPLE OF THE STATE OF NEW YORK v. JACK SALMORE and THEODORE GLASSMAN.— Preference granted for November 4, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARDO TOMBURELLO.— Motion granted so far as to extend the time of the appellant to file his points until October 20, 1931, with notice of argument for November 4, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MICHAEL KEANE and ELLEN KEANE, as Administrators, etc., of FRANCIS M. KEANE, Deceased, v. THIRD AVENUE RAILWAY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

YANCU JOSEF BLUMEN v. HYMAN POUKER and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants Hyman Pouker, Belle Pouker and Della P. Felman Corporation forthwith file separate surety bonds to secure payment of the judgment and costs of appeal. Upon compliance with the foregoing condition, said appellants may file notice of appeal nunc pro tunc. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GENEVIEVE TSCHIRNER v. ALBERT TSCHIRNER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HAROLD F. STONE, Doing Business, etc., v. JOHN J. REYNOLDS.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOIS WEATHERBEE v. CLAUDE S. NEWMAN and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Dissolution of NEW YORK FLOWERS SHIPPERS, INC., a Domestic Corporation Organized under the Laws of the State of New York, upon the Application of SAMUEL ZUCKERMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANGELO CARUSO and Others v. LAMPORT MANUFACTURING SUPPLY CO., INC.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of PERCY N. POWERS, as Administrator, etc., of MARY E. POWERS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEILD MANUFACTURING CORPORATION and Another v. GEORGE UNDERWOOD, JR., and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.